**UNITED STATES of America, Plaintiff–Appellee,**

v.

**John Trox CHAMBERS, Defendant–Appellant.**

No. 03–50979.

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Sept. 20, 2004.

Joseph H. Gay, Jr., Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee.

Donna F. Coltharp, San Antonio, TX, for Defendant–Appellant.

Before EMILIO M. GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

John Trox Chambers appeals the district court's denial of his motion to sup-

---

* Pursuant to 5th Cᴏ. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cᴏ. R. 47.5.4.

* Pursuant to 5th Cᴏ. R. 47.5, the court has determined that this opinion should not be

**212**

press after conditionally pleading guilty to possession of marijuana with intent to distribute. Chambers argues that the arresting officer, Border Patrol agent Cipriano Amaro Jr., did not have reasonable suspicion of criminal activity sufficient to order the stop of Chambers's vehicle.

Amaro, an experienced agent, stopped a vehicle traveling near the border that was driven by an unfamiliar person, appeared to have recently crossed the border river, and that was carrying several spare tires, a method of transporting contraband known to Amaro. Thus, the totality of the circumstances show that Amaro had a reasonable suspicion that criminal activity was occurring. *See United States v. Neufeld–Neufeld*, 338 F.3d 374, 378 (5th Cir.2003). Accordingly, the district court's judgment is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.